IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD JAWOROWSKI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | Civil Action No. _3:15-cv-2219_ |
| | § | |
| CALVIN JAMES MCBRIDE AND | § | |
| WEIR TRUCKING, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant ("Defendant") files this Notice of Removal under 28 U.S.C. § 1446(a) and 28 U.S.C. § 1332(a)(2).

## A.
## INTRODUCTION

Plaintiff is Richard Jaworowski; Defendants are Weir Trucking, Inc., a citizen of Arkansas, and Calvin James McBride, a citizen of Arkansas who has not been served with process as of this date (collectively "Defendants").

On April 16, 2015, Plaintiff sued Defendants on account of injuries allegedly sustained by Plaintiff on June 11, 2013 as a result of a traffic accident with Defendants.

Plaintiff served Defendant Weir Trucking, Inc. its Summons and Petition, through Defendant's Registered Agent, via certified mail on June 4, 2015, for purposes of effectuating service on Defendant Weir Trucking, Inc., as reflected in the Citation and Officer's Return on file with the 192th Judicial District Court in Dallas County. *See* **Exhibit A** attached hereto. Therefore, July 4, 2015 is the date from which the thirty (30)

day window for removal began to run. 28 U.S.C. §1446(b)(1); *see, e.g., Tucci v. Harford Fin.Servs.Grp.*, 600 F.Supp.2d 630, 632-33 (D.N.J.2009) (30-day period begins to run when D actually receives summons and complaint; period does not run from service on D's statutory agent). As such, Defendant Weir Trucking, Inc. as the only party served and having made its appearance, files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b). *Bd. Of Regents of Univ. of Tex.Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

# B.
# BASIS FOR REMOVAL

Removal is proper because this Court possesses diversity jurisdiction over the matter. 28 U.S.C. § 1332(a). Additionally, Plaintiff states in his Petition that he is seeking in excess of $1,000,000 in this case, which is well over the $75,000 threshold required for Federal diversity jurisdiction.

Plaintiff states in his Petition that he is a citizen of the State of Texas, which constitutes a judicial admission with respect to Plaintiff's state of residency. *See* Plaintiff's Original Petition, Section II. Additionally, Plaintiff judicially admits that unserved Defendant McBride is a citizen of Arkansas. *See id.* Finally, Defendant Weir Trucking is citizen of Arkansas as an Arkansas Corporation with its principal place of business located within the state of Arkansas. Plaintiff judicially admits same in his Original Petition. *See id.*

Given that Plaintiff is a citizen of Texas and Defendants are citizens of Arkansas, there is complete diversity among the parties to this suit, and removal based on diversity jurisdiction is proper.

An index of the state court docket and copies of all pleadings, process, orders, and other filings in the state-court suit are attached to the Notice of Removal as required by 28 U.S.C § 1446(a) as **Exhibit B**.

Venue is proper in the U.S. District Court for the Northern District of Texas under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

Defendants have promptly filed a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C.
## JURY DEMAND

A jury trial has been demanded in state court by Plaintiff.

## D.
## COMPLETE LIST OF ATTORNEYS

To date, only attorneys for Plaintiff and Defendant Weir Trucking have appeared. Defendant McBride has not been served and no attorney has appeared on his behalf.

**Attorney for Plaintiff:**

Joel M. Vecchio
SBN: 24033410
Law Office of Joel M. Vecchio, P.C.
P.O. Box 860826
Plano, Texas 75086-0826
(972) 380-4444 Telephone
(972) 380-4446 Facsimile
joel@vecchio-law.com

**Attorney for Defendant Weir Trucking, Inc.:**

Mike H. Bassett
SBN: 01890500
Mathew Samuel
SBN: 24025631
The Bassett Firm
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219
(214) 219-9900 Telephone
(214) 219-9456 Facsimile
efile@thebassettfirm.com

---

# E.
## COURT INFORMATION

The address and contact information for the 192nd District Court of Dallas County, Texas

is as follows:

192nd Judicial District court
Hon. Craig Smith
George L. Allen, Sr. Courts Building
600 Commerce Street
7th Floor New Tower
Dallas, TX 75202
(214) 653-7709 Telephone

---

# CONCLUSION

Because Weir Trucking, the only served Defendant in this lawsuit, is a citizen of

the state of Arkansas and Plaintiff is a citizen of Texas, complete diversity exists creating

diversity jurisdiction under 28 U.S.C. § 1332(a), and venue is proper in the U.S. District

Court for the Northern District of Texas under 28 U.S.C. § 1441(a), Defendant Weir

Trucking, Inc. asks the Court to remove this suit to the U.S. District Court for the Northern District of Texas, Dallas Division.

Respectfully Submitted,

**THE BASSETT FIRM**

*/s/ Mike H. Bassett*
**MIKE H. BASSETT**
SBN: 01890500
**MATHEW SAMUEL**
SBN:  24025631
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219
(214) 219-9900 Telephone
(214) 219-9456 Facsimile
efile@thebassettfirm.com

**ATTORNEYS FOR DEFENDANT,
WEIR TRUCKING, INC.**

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was forwarded to the following counsel of record on this 2nd day of July, 2015, pursuant to the Texas Rules of Civil Procedure:

*Via ECF-PACER and Facsimile:*
Joel M. Vecchio
Law Office of Joel M. Vecchio, P.C.
P.O. Box 860826
Plano, Texas 75086-0826
joel@vecchio-law.com

*/s/ Mike H. Bassett*
**MIKE H. BASSETT**

JS 44-TXND  (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Richard Jaworowski

**(b)** County of Residence of First Listed Plaintiff  __Dallas County__
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joel M. Vecchio, - SBN: 24033410 - Law Office of Joel M. Vecchio, P.C.
P.O. Box 860826, Plano, TX 75086-0826, Tel.: 972-380-4444
Fax: 972-380-4446; email: joel@vecchio-law.com

## DEFENDANTS

Weir Trucking, Inc. and Calvin James McBride

County of Residence of First Listed Defendant  __Union County__
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Mike H. Bassett - SBN: 01890500, Mathew Samuel - SBN: 24025631,
The Bassett Firm, 3838 Oak Lawn Ave., Ste. 1300, Dallas, TX 75219,
Tel: 214-219-9900, Fax: 214-219-9456; efile@thebassettfirm.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☑ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding  ☒ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*  28 USC 1332

Brief description of cause:  Negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $  1,00,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY

*(See instructions):*

JUDGE _____  DOCKET NUMBER _____

DATE  07/02/15

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**EXHIBIT A**

## United States District Court
## Northern District of Texas


## Supplemental Civil Cover Sheet For Cases Removed
## From State Court


**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**


1.     **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 192nd Judicial District court<br>George L. Allen, Sr. Courts Building<br>600 Commerce Street, 7TH Fl.<br>Dallas, TX 75202<br>(214) 653-7709 Telephone | DC-15-04374 |

2.     **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| Party and Party Type | Attorney(s) |
|---|---|
| Richard Jaworowski - Plaintiff | Joel M. Vecchio - SBN: 24033410, Law Office of Joel M. Vecchio, P.C.<br>P.O. Box 860826, Plano, Texas 75086-0826, Tel.: 972-380-4444; Fax: 972-380-4446<br>email: joel@vecchio-law.com |
| Weir Trucking, Inc. and<br>Calvin James McBride - Defendants | Mike H. Bassett - SBN: 01890500, and Mathew Samuel - SBN: 24025631<br>The Bassett Firm, Two Turtle Creek Village, 3838 Oak Lawn Ave, Ste. 1300,<br>Dallas, Texas 75219, Tel.: 214-219-9900, Fax: 214-219-9456<br>email: efile@thebassettfirm.com |

3.     **Jury Demand:**

Was a Jury Demand made in State Court?          Yes     ·   No

If "*Yes*," by which party and on what date?

Plaintiff
_____
Party

4/16/15
_____
Date

**EXHIBIT**

B

**Supplemental Civil Cover Sheet**
**Page 2**

4.    **Answer:**

Was an Answer made in State Court?        Yes    ·  No

If "*Yes*," by which party and on what date?


Woss Truck, Inc.                                6/29/15
_____                        _____
Party                                           Date

5.    **Unserved Parties:**

The following parties have not been served at the time this case was removed:



**Party**                                      **Reason(s) for No Service**
Defendt Calvin James McBride              Unknown

6.    **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

**Party**                                      **Reason**

None

7.    **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

**Party**                                      **Claim(s)**

π                                              Negligence

Skip to Main Content Logout My Account Search Menu New Civil District Search Refine Search Back   Location : All District Civil Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. DC-15-04374

| | | |
|---|---|---|
| **RICHARD JAWOROWSKI vs. CALVIN MCBRIDE, et al** | § § § § § | Case Type: **MOTOR VEHICLE ACCIDENT**<br>Date Filed: **04/16/2015**<br>Location: **192nd District Court** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **DEFENDANT** | MCBRIDE, CALVIN JAMES | ~~Pro Se~~ |
| **DEFENDANT** | WEIR TRUCKING, INC. | ~~Pro Se~~ |
| **DEFENDANT** | Weir Trucking, Inc. | **MICHAEL H BASSETT**<br>*Retained*<br>214-219-9900(W) |
| **PLAINTIFF** | JAWOROWSKI, RICHARD | **JOEL M VECCHIO**<br>*Retained*<br>972-380-4444(W) |

---

### EVENTS & ORDERS OF THE COURT

| | |
|---|---|
| | **OTHER EVENTS AND HEARINGS** |
| 04/16/2015 | **NEW CASE FILED (OCA) - CIVIL** |
| 04/16/2015 | **CASE FILING COVER SHEET** |
| 04/16/2015 | **ORIGINAL PETITION** |
| 04/16/2015 | **ISSUE CITATION** |
| 04/22/2015 | **CITATION** |

| | | |
|---|---|---|
| MCBRIDE, CALVIN JAMES | Returned Unserved | 05/05/2015 |
| | Returned | 05/05/2015 |
| WEIR TRUCKING, INC. | Returned Unserved | 05/27/2015 |
| | Returned | 05/27/2015 |

| | |
|---|---|
| 04/22/2015 | **CITATION ISSUED** |
| 05/15/2015 | **REQUEST FOR SERVICE** |
| 05/15/2015 | **ISSUE CITATION COMM OF INS OR SOS** |
| 05/25/2015 | **CORRESPONDENCE - LETTER TO FILE** |
| | *COVER LETTER TO TEXAS TRANSPORTATION COMMISSION* |
| 05/26/2015 | **CITATION SOS/COI/COH/HAG** |
| | *CMR #9214-8901-0661-5400-0059-1431-81* |

| | | |
|---|---|---|
| MCBRIDE, CALVIN JAMES | Served | 05/29/2015 |
| | Returned | 06/01/2015 |

| | |
|---|---|
| 05/26/2015 | **CITATION** |
| | *CMR #9214-8901-0661-5400-0059-1438-08* |

| | | |
|---|---|---|
| WEIR TRUCKING, INC. | Served | 06/04/2015 |
| | Returned | 06/08/2015 |

| | |
|---|---|
| 06/29/2015 | **ORIGINAL ANSWER - GENERAL DENIAL** |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **PLAINTIFF** JAWOROWSKI, RICHARD | | |
| | Total Financial Assessment | | 547.00 |
| | Total Payments and Credits | | 547.00 |
| | **Balance Due as of 07/02/2015** | | **0.00** |
| 04/20/2015 | Transaction Assessment | | 459.00 |
| 04/20/2015 | CREDIT CARD - TEXFILE (DC)   Receipt # 22873-2015-DCLK | JAWOROWSKI, RICHARD | (459.00) |
| 05/21/2015 | Transaction Assessment | | 88.00 |
| 05/21/2015 | CREDIT CARD - TEXFILE (DC)   Receipt # 29253-2015-DCLK | JAWOROWSKI, RICHARD | (88.00) |

**EXHIBIT C**

FILED
DALLAS COUNTY
4/16/2015 2:29:19 PM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita

2 CT-CERT-MAIL

DC-15-04374

## CAUSE NO. _____

| | |
|---|---|
| **RICHARD JAWOROWSKI, PLAINTIFF,** | **IN THE DISTRICT COURT** |
| **vs.** | <u>192ND</u> **JUDICIAL DISTRICT** |
| **CALVIN JAMES MCBRIDE and WEIR TRUCKING, INC., DEFENDANTS.** | **DALLAS COUNTY, TEXAS** |

## <u>PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Richard Jaworowski and submits this, his Original Petition, and in support thereof would respectfully show the Court as follows:

### I. <u>DISCOVERY CONTROL PLAN</u>

Discovery is intended to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure. Plaintiff seeks damages in excess of $1,000,000.00.

### II. <u>PARTIES, JURISDICTION AND VENUE</u>

Plaintiff **RICHARD JAWOROWSKI** is an individual who resides in Dallas County, Texas. The last four digits of his Texas driver's license are 4044.

Defendant **CALVIN JAMES MCBRIDE** is an employee of Defendant WEIR TRUCKING, INC. and may be found at 1328 E. Block Street, El Dorado

EXHIBIT

D

Union, Arkansas 71730.  Defendant Calvin James McBride is a non-resident driver and thus may be served pursuant to CPRC § 17.061 by serving the Chairman of the Texas Transportation Commission, Tryon D. Lewis, 125 E. 11th Street, Austin, Texas 78701-2483.

Defendant **WEIR TRUCKING, INC.** is a foreign corporation with its principal offices located in the State of Arkansas, and is licensed and registered as an interstate motor carrier.  Defendant Weir Trucking, Inc. engaged in business in the State of Texas by allowing its employee, agent, or servant to operate a motor vehicle on the roads and highways of the State of Texas and in so doing he was involved in a motor vehicle collision with Plaintiff on Stemmons Freeway in Dallas, Dallas County, Texas.  Tex. Civ. Prac. & Rem. Code §§17.041 and 17.042(2).  Defendant Weir Trucking, Inc. filed a form BOC-3 with the Federal Motor Carrier Safety Administration making a blanket designation naming PROCESS AGENT SERVICE COMPANY, INC. its process agent. Therefore, service of process on Defendant Weir Trucking, Inc. may be made by serving its process agent:

> Jeffrey Fultz
> 5652 Cypress Creek Parkway
> Houston, Texas 77069

Plaintiff request that Citation be issued, and service via certified mail return receipt requested.

---

Venue of this case is proper in Dallas County, Texas because the incident made the basis of this lawsuit occurred in Dallas, Dallas County, Texas. The amount of damages sought are within this Court's jurisdictional limits.

### III. BACKGROUND FACTS

On or about June 11, 2013 at approximately 2:15 pm, Plaintiff traveled North on Stemmons Freeway in Dallas, Dallas County, Texas. Suddenly, violently and without warning, Defendant Calvin James McBride, driving a vehicle owned and maintained by Defendant Weir Trucking, Inc., collided into the rear of the Plaintiff's vehicle. The resulting collision and impact caused the injuries and damages complained of in this petition.

Upon information and belief, Defendant Calvin James McBride was acting in his capacity as an employee and agent of Defendant Weir Trucking, Inc. and in furtherance of Defendant Weir Trucking, Inc. business at all relevant times. Accordingly, Defendant Calvin James McBride acts and omissions may be imputed to Defendant Weir Trucking, Inc. and Defendant Weir Trucking, Inc. is liable to Plaintiff for Defendant Calvin James McBride's negligence under the doctrine of *respondeat superior*.

### IV. NEGLIGENCE

Defendants had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to

---

**PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE**                                     3

those described herein.

Plaintiff's injuries were proximately caused by Defendants' negligent, careless and reckless disregard of said duty. The negligent, careless and reckless disregard of duty of the Defendants consisted of, but is not limited to, the following acts and omissions:

A.   In that Defendant Calvin James McBride failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

B.   In that Defendant Calvin James McBride failed to control the speed of his automobile and failed to control the maneuvering of said automobile as an ordinary, prudent individual would have in the same or similar situation;

C.   Defendant Calvin James McBride failed to pay attention, as an ordinary, prudent individual would have in the same or similar situation;

D.   Defendant Calvin James McBride failed to apply his brakes, as an ordinary, prudent individual would have in the same or similar situation; and

E.   Defendant Calvin James McBride failed to move his vehicle to the left or right to avoid the collision, as an ordinary, prudent individual would have in the same or similar situation.

On the occasion in question, Defendant Weir Trucking, Inc. was negligent in the following respects:

A.   Failing to conduct a proper investigation in inquiring into the background of Defendant Calvin James McBride in accordance with 49 CFR § 391.23;

B.   Failing to investigate the driving record of Defendant Calvin James

---

**PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE**                              4

McBride, in accordance with 49 CFR § 391.23;

C.     Failing to employ a driver who was knowledgeable of the safety regulations as required by 49 CFR § 392.1;

D.     Failed to require the driver to observe the regulations as required by contravention of 49 CFR § 390.11, and/or aided and abetted the violation in contravention of 49 CFR § 390.13 (such as failing to have the drive file correct logs and not work in excess of the maximum allowed hours required in 49 CFR § 395.3 and 395.8);

E.     Defendant permitted (required, encouraged) the driver to work in excess of the number of hours as required by 49 CFR § 395.3;

F.     Defendant failed to institute a program to discover the falsity of their drivers' logs even through the documentary proof of such violations was furnished to Defendant after each trip through the trip receipts and such violations were evident to the defendant, as required by 49 CFR § 390.11, § 390.13 and § 395.3.

Each and all of the foregoing acts of negligence by Defendants were a proximate cause of the occurrence made the basis of this suit, and all of the damages and injuries sustained by Plaintiff.

## V. <u>DAMAGES</u>

As a result of the negligence previously described, Plaintiff was seriously and permanently injured.   This Original Petition is brought to recover for Plaintiff's injuries and for damages suffered that include but are not limited to the following:

1.     Disfigurement.  Plaintiff suffered disfigurement to his body as a result of the injuries he suffered in the incident made the basis of this suit.

---

**PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE**                    5

2.     Physical impairment.     Plaintiff suffered in the past and will suffer in the future physical impairment.

3.     Mental anguish.  Mental anguish suffered by Plaintiff both in the past and to be incurred in the future.

4.     Pain and suffering.  The pain and suffering suffered by Plaintiff both in the past and to be incurred in the future.

5.     Medical expenses.  The medical expenses sustained by Plaintiff both in the past and to be incurred in the future.

6.     Loss of earnings.  Plaintiff suffered loss of earnings has a result of this incident made the basis of this suit.

7.     Loss of wage earning capacity.  Plaintiff has a loss of wage earning capacity that he will incur in the future.

Plaintiff has thus been damaged in an amount in excess of the minimum jurisdictional limits of this Court.

## VI. <u>PREJUDGMENT INTEREST</u>

Plaintiff seeks prejudgment interest at the highest legal rate allowed by Law.

## VII. <u>POST JUDGMENT INTEREST</u>

Plaintiff seeks post-judgment interest at the highest rate allowed by law.

## VIII. <u>JURY DEMAND</u>

Plaintiff respectfully requests a jury trial in the above entitled and numbered cause and has tendered the required jury fee.

## IX. <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Plaintiff request that

**PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE**                    6

Defendants be cited to appear and answer and that on final hearing the Plaintiff have final judgment against Defendants, jointly and severally, for an amount within the jurisdictional limits of the Court, together with interest at the lawful rate from June 11, 2013 until judgment, and post-judgment interest at the lawful rate, costs of court and for such other and further relief, at law or in equity to which Plaintiff is justly entitled.

## X. REQUEST FOR DISCLOSURE

Pursuant to TEXAS RULE OF CIVIL PROCEDURE 194, you are requested to disclose, within fifty (50) days of service of this request, the information or material described in TEXAS RULE OF CIVIL PROCEDURE 194.2.

Respectfully submitted,

Law Office of Joel M.Vecchio, P.C.

By:

/s/ Joel M. Vecchio

JOEL M. VECCHIO
State Bar No. 24033410
P.O. Box 860826
Plano, Texas 75086-0826
Tel. (972) 380-4444
Fax (972) 380-4446
joel@vecchio-law.com
Attorney for Plaintiff

---

**PLAINTIFF'S ORIGINAL PETITION and REQUEST FOR DISCLOSURE**                    7

06/15/2015  11:06   9723804446              JOELMVECOHIOPC                    PAGE  04/04

**OFFICER'S RETURN**

Case No.: DC-15-04374
Court No.:192nd District Court
Style:RICHARD JAWOROWSKI
vs.
CALVIN J. MCBRIDE, et al

FELICIA PIRE
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

Notary Public,

County

**FILED**

06/15/2015  11:06   9723804446              JOELMVECOHIOPC                    PAGE  03/04

Skip to Main Content Logout My Account Search Menu New Civil User Search Refine Search Back    Location : 7B District Civil Courts   Images Help

**REGISTER OF ACTIONS**
**CASE NO. DC-15-04374**

RICHARD JAWOROWSKI vs. CALVIN MCBRIDE, et al

Case Type:  MOTOR VEHICLE ACCIDENT
Date Filed:  04/16/2015
Location:  192nd District Court

EXHIBIT
E

**FORM NO. 353-3 - CITATION**

**THE STATE OF TEXAS**

To:  WEIR TRUCKING, INC.
BY SERVING ITS PROCESS AGENT, JEFFREY FULTZ
5652 CYPRESS CREEK PARKWAY
HOUSTON, TEXAS  77069

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD JAWOROWSKI**.

Filed in said Court **16th day of April, 2015** against

**CALVIN JAMES MCBRIDE, ET AL.**

For Suit, said suit being numbered **DC-15-04374-K**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition ,
a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and seal of said Court at office this 26th day of May, 2015.

ATTEST: FELICIA PITRE Clerk of the District Courts of Dallas, County, Texas



By _____ SPRINGE MCKINLEY

_____ , Deputy

---

**CITATION**

CERT/MAIL

**DC-15-04374-K**

**RICHARD JAWOROWSKI**
vs.
**CALVIN JAMES MCBRIDE, et al**

ISSUED THIS
**26th day of May, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SPRINGE MCKINLEY, Deputy

**Attorney for Plaintiff**
JOEL M. VECCHIO
THE LAW OFFICE OF JOEL M
VECCHIO PC
P.O. BOX 860826
DALLAS, TEXAS  75086-0826
972-380-4444

DALLAS COUNTY CONSTABLE

FEE NOT PAID    FEE NOT PAID

EXHIBIT
F

**OFFICER'S RETURN**

Case No.: DC-15-04374

Court No. 192nd District Court

Style: RICHARD JAWOROWSKI

vs.

CALVIN J. MCBRIDE, et al

_____

Came to hand on the **26th** day of **may**, 20 **15**, at **10:20** o'clock **a.** M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20 _____, by delivering to the within named _____

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading WAS MAILED UNITED STATES CERTIFIED MAIL RETURN RECEIPT
REQUESTED, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows: To
certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ **76.00** | _____ |
| For mileage | $ _____ | of _____ County, |
| For Notary | $ _____ | By _____ |
| | (Must be verified if served outside the State of Texas.) | _____ Deputy |

Signed and sworn to by the said _____

to certify which witness my hand and seal of office.

_____ before me this _____ day of _____, 20 _____

Notary Public _____

_____ County

**92.14.8901-0661-5400-0057-1438-08**

**FORM NO. 353-3 - CITATION**

# THE STATE OF TEXAS

To:  WEIR TRUCKING, INC
SERVE PROCESS AGENT JEFFREY FULTZ
5652 CYPRESS CREEK PARKWAY
HOUSTON, TX 77069

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD JAWOROWSKI**

Filed in said Court **16th day of April, 2015** against

**CALVIN JAMES MCBRIDE ET AL**

For Suit, said suit being numbered **DC-15-04374**, the nature of which demand is as follows: Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 22nd day of April, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: _Stephanie Clark_ Deputy
STEPHANIE CLARK

---

**CERT MAIL**

# CITATION

**DC-15-04374**

RICHARD JAWOROWSKI
vs.
CALVIN MCBRIDE, et al

ISSUED THIS
22nd day of April, 2015

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: STEPHANIE CLARK, Deputy

**Attorney for Plaintiff**
JOEL M VECCHIO
PO BOX 860826
DALLAS TX 75086-0826
972-380-4444

DALLAS COUNTY CONSTABLE
FEES PAID
FEES NOT PAID

EXHIBIT
G

# OFFICER'S RETURN

Case No.: DC-15-04374

Court No.192nd District Court

Style: RICHARD JAWOROWSKI

vs.

CALVIN MCBRIDE, et al

_____

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____.M. on the _____ day of

20_____, by delivering to the within named

_____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation    $ _____

For mileage             $ _____    of _____ County, _____

For Notary              $ _____    By _____

                        _____             _____ Deputy

Signed and sworn to by the said _____    (Must be verified if served outside the State of Texas)

_____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

Notary Public _____ County

FORM NO. 353-3 – CITATION

THE STATE OF TEXAS

CERT MAIL

# CITATION

## DC-15-04374

To:   CALVIN JAMES MCBRIDE
       1328 E BLOCK STREET
       EL DORADO UNION AR 71730

RICHARD JAWOROWSKI
vs.
CALVIN MCBRIDE, et al

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

ISSUED THIS
22nd day of April, 2015

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

Said Plaintiff being **RICHARD JAWOROWSKI**

Filed in said Court  **16th day of April, 2015** against

By: STEPHANIE CLARK, Deputy

**CALVIN JAMES MCBRIDE ET AL**

For Suit, said suit being numbered **DC-15-04374,** the nature of which demand is as follows: Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE,** a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

**Attorney for Plaintiff**
JOEL M VECCHIO
PO BOX 860826
DALLAS TX  75086-0826
972-380-4444

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 22nd day of April, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: _Stephanie Clark_ Deputy
        STEPHANIE CLARK

**DALLAS COUNTY CONSTABLE**

FEES
PAID

FEES NOT
PAID

FEES
PAID

EXHIBIT

H

# OFFICER'S RETURN

Case No. : DC-15-04374

Court No.192nd District Court

Style: RICHARD JAWOROWSKI

vs.

CALVIN MCBRIDE, et al

_____

Came to hand on the _____ day of _____, 20 ___ at _____ o'clock _____.M. Executed at _____ within the County of _____ at _____ o'clock _____.M. on the _____ day of _____ 20 _____, by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $ _____ | of _____ | County, |
| For mileage | $ _____ | | |
| For Notary | $ _____ | By _____ | Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____. to certify which witness my hand and seal of office.

Notary Public _____ County

_____ County

FORM NO. 353-4—CITATION

THE STATE OF TEXAS

To:

CALVIN JAMES MCBRIDE
BY SERVING THE CHAIRMAN OF THE STATE HIGHWAY AND
PUBLIC TRANSPORTATION COMMISSION
125 E. 11TH STREET
AUSTIN, TX. 78701-2483

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the
clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you
were served this citation and **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**
petition, a default judgment may be taken against you.
Your answer should be addressed to the clerk of the **192nd District Court**
600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **RICHARD JAWOROWSKI**

Filed in said Court 16th day of April, 2015 against
**CALVIN JAMES MCBRIDE, ET AL**

For suit, said suit being numbered   **DC-15-0437-K**  the nature of which demand is as follows:
Suit On **MOTOR VEHICLE ACCIDENT** etc.
, a copy of which accompanies this citation. If this citation is not served, it shall be
returned unexecuted.
WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 26th day of May, 2015**
ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas County, Texas
Clerk of the District Courts of Dallas County, Texas



By_____, Deputy
SPRINGE MCKINLEY

---

CERT/MAIL COH

CITATION

No.: DC-15-04374-K

RICHARD JAWOROWSKI
VS.
CALVIN MCBRIDE, ET AL.

ISSUED
ON THIS THE 26TH DAY OF MAY, 2015

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By SPRINGE MCKINLEY, Deputy

Attorney for : Plaintiff
JOEL M. VECCHIO
THE LAW OFFICE OF JOEL M VECCHIO
PC
P.O. BOX 860826
DALLAS, TEXAS 75086-0826
972-380-4444

EXHIBIT
I

Cause No. DC-15-04374

Court No: 192nd District Court

Style: RICHARD JAWOROWSKI
vs.
CALVIN JAMES MCBRIDE, et al

**OFFICER'S RETURN**
**FOR INDIVIDUALS**

Received this Citation the _____ day of _____ 20 ____ at _____ o'clock. Executed at _____, within the County of _____

delivering to the within named _____ day of _____, 20 ____ at _____ o'clock, by

petition, having first indorsed on same the date of delivery. each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original

-------000000-------

**OFFICER'S RETURN**
**FOR CORPORATIONS**

Received this Citation the 26th day of May , 20 15 at 11:30 o'clock a.M. Executed at _____, within the County of _____

the within named Corporation, _____ on the _____ day of _____, 20 ____ at _____ o'clock ____ .M. by summoning

President - Vice President - Registered Agent - in person, of the said _____ by delivering to

a true copy of this citation together with the accompanying copy of Plaintiff's original petition WAS MAILED UNITED STATES , having first indorsed on same the date of

Delivery.

-------000000-------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:

For Serving Citation   $ 76.00        Sheriff _____       To certify which witness by my hand.

For Mileage            $ _____      County of _____

For Notary             $ _____      State of _____

Total Fees             $ _____      By _____

(Must be verified if served outside the State of Texas)

State of _____
County of _____

Signed and sworn to me by the said _____ before me this _____

_____ day of _____, 20 ____, to certify which witness my hand and seal of office.

Seal

_____
State & County of

92-14-8901-0661-5400-0057. 1431-8/

FILED
DALLAS COUNTY
5/15/2015 4:26:22 PM
FELICIA PITRE
DISTRICT CLERK

Christi Underwood

LAW OFFICE OF

# JOEL M. VECCHIO

A PROFESSIONAL CORPORATION

---

903 E. 18ᵗʰ STREET, SUITE 103
PLANO, TEXAS 75074

TELEPHONE (972) 380-4444

FAX (972) 380-4446

May 15, 2015

**VIA E-FILE**
Dallas County District Clerk
ATTN : Anita Freeney
600 Commerce Street
Dallas, Texas 75201

RE:  CAUSE NO. 15-04374
Jaworosky v. McBride

Dear Ms. Freeney,

I need a citation issued for out of state driver / Defendant Calvin James McBride to the Chairman of Texas Transportation Commission. A check for $25.00 and two copies of the Original Petitions are coming via mail.

Thank you for your attention with this matter.

Sincerely,

/s/ JOEL M. VECCHIO

Joel M. Vecchio

**EXHIBIT**
J

FILED
DALLAS COUNTY
5/25/2015 11:07:24 AM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita

LAW OFFICE OF

# JOEL M. VECCHIO

A PROFESSIONAL CORPORATION

903 E. 18th STREET, SUITE 103
PLANO, TEXAS 75074

TELEPHONE (972) 380-4444                                    FAX (972) 380-4446

May 25, 2015

Mr. Tyron D. Lewis
Chairman of the Texas Transportation Commission
125 E. 11th Street
Austin, Texas 78701-2483.

     RE:   CAUSE NO. 15-04374; 192nd Judicial District, Dallas County.
           Jaworoski v. McBride

Dear Chairman:

     Enclosed please find our firm's check in the amount of $25.00 as payment for service on out of state driver Defendant Calvin James McBride.

     Please have the Citation, along with one copy of the Plaintiff's Original Petition served on the Defendant at his address: **1328 E. Block Street, El Dorado Union, Arkansas 71730.**

     The collision took place on a Texas Roadway on Highway 35E in Dallas, Dallas County, Texas.

     Thank you for your attention with this matter.

Sincerely,

/s/ JOEL M. VECCHIO

Joel M. Vecchio

**OFFICER'S RETURN**

2015 MAY -5  AM 11: 10

**FILED**

Case No. : DC-15-04374

Court No.: 192nd District Court

Style: RICHARD JAWOROWSKI

vs.

CALVIN MCBRIDE, et al

Came to hand on the _____ 22 _____ day of _____ April _____, 20 15 , at 2:16 o'clock _____ P _____ .M. Executed at _____

within the County of _____, _____ o'clock _____ .M. on the _____ day of _____

20 _____ by delivering to the within named _____ Unexecuted _____ County,

_____ by _____ Stephanie Clark _____ Deputy

me in serving such process was _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

_____ miles and my fees are as follows:   To certify which witness my hand.

_____ Unexecuted by US Certified Mail restricted delivery return receipt not deliverable as addressed _____

|   |   |
|---|---|
| For serving Citation | $ 76.00 |
| For mileage | $ |
| For Notary | $ |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____.

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

**FELICIA PITRE, DIST. CLERK**

EXHIBIT

K

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:     CALVIN JAMES MCBRIDE
        1328 E BLOCK STREET
        EL DORADO UNION AR 71730

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the 192nd District Court at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being RICHARD JAWOROWSKI

Filed in said Court 16th day of April, 2015 against

CALVIN JAMES MCBRIDE ET AL

For Suit, said suit being numbered DC-15-04374, the nature of which demand is as follows:
Suit on MOTOR VEHICLE ACCIDENT etc. as shown on said petition REQUEST FOR DISCLOSURE, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 22nd day of April, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: _[signature]_ Stephanie Clark, Deputy
STEPHANIE CLARK

---

CERT MAIL

# CITATION

## DC-15-04374

RICHARD JAWOROWSKI
vs.
CALVIN MCBRIDE, et al

ISSUED THIS
22nd day of April, 2015

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: STEPHANIE CLARK, Deputy

Attorney for Plaintiff
JOEL M VECCHIO
PO BOX 860826
DALLAS TX 75086-0826
972-380-4444

DALLAS COUNTY CONSTABLE
FEES PAID      FEES NOT PAID

FELICIA PITRE DISTRICT CLERK
GEORGE L. ALLEN, SR. COURTS BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-6604



9269 3901 0661 5400 0057 1873 66

**Return Receipt (Electronic)**

**DC-15-04374/ CIT SC**                    RESTRICTED DELIVERY

CALVIN JAMES MCBRIDE
1328 E. BLOCK STREET
EL DORADO UNION, AR 71730

· · · · · · · · · · · · · · · · CUT / FOLD HERE · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · 6'X9' ENVELOPE · · · · · · · · · · · · ·
CUT / FOLD HERE

· · · · · · · · · · · · · · · · CUT / FOLD HERE · · · · · · · · · · · · · · · ·



FELICIA PITRE DISTRICT CLERK
GEORGE L ALLEN SR. COURTS BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-6604

Datum Receipt (Electronic)

DC-15-04374/ CIT SC

CALVIN JAMES MCBRIDE
1328 E. BLOCK STREET
EL DORADO UNION, AR 71730

71 73075 4305 04

RESTRICTED DELIVERY

CERTIFIED MAIL

UNITED STATES POSTAGE
PITNEY BOWES
02 1R        $ 10.39°
0002010651   APR 23 2015
MAILED FROM ZIP CODE 75202

RESTRICTED DELIVERY
DELIVER TO ADDRESSEE ONLY

X 722 N7E 100941410204/25/15
FORWARD TIME EXP RTN TO SEND
MCBRIDE 1ST ST APT 63
1323 W
EL DORADO AR 71730-6943

RETURN TO SENDER
ONLY

# OFFICER'S RETURN

Case No.: DC-15-04374

Court No.192nd District Court

Style: RICHARD JAWOROWSKI

vs.

CALVIN MCBRIDE, et al

Came to hand on the _____ 22 day of _April_, 20 _15_ at _2:16_ o'clock _P_.M. Executed at _____

within the County of _____ at _____ o'clock _____.M. on the _____ day of _____

20 _____ by delivering to the within named _____

_Unexecuted by US Certified mail restricted_
_delivery return receipt not deliverable as addressed_
each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

|  |  |
|---|---|
| For serving Citation | $ _76.00_ |
| For mileage | $ _____ |
| For Notary | $ _____ |

(Must be verified if served outside the State of Texas.)

_Unexecuted_

of _____ County,

By _Stephanie Clark_ Deputy

**FELICIA PITRE, DIST. CLERK**

2015 MAY 27 PM 3: 04

Signed and sworn to by the said _____

_____ before me this _____ day of _____ 20 _____

to certify which witness my hand and seal of office.

_____ Notary Public

_____ County

EXHIBIT
7

**FORM NO. 353-3 – CITATION**

# THE STATE OF TEXAS

To: WEIR TRUCKING, INC
SERVE PROCESS AGENT JEFFREY FULTZ
5652 CYPRESS CREEK PARKWAY
HOUSTON, TX 77069

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being RICHARD JAWOROWSKI

Filed in said Court **16th day of April, 2015** against

**CALVIN JAMES MCBRIDE ET AL**

For Suit, said suit being numbered **DC-15-04374**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 22nd day of April, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: _Stephanie Clark_ Deputy
STEPHANIE CLARK

---

CERT MAIL

## CITATION

**DC-15-04374**

RICHARD JAWOROWSKI
vs.
CALVIN MCBRIDE, et al

ISSUED THIS
**22nd day of April, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: STEPHANIE CLARK, Deputy

**Attorney for Plaintiff**
JOEL M VECCHIO
PO BOX 860826
DALLAS TX 75086-0826
972-380-4444

DALLAS COUNTY CONSTABLE
FEES PAID
FEES NOT PAID

CUT / FOLD HERE

CUT / FOLD HERE
9 x 12 ENVELOPE

CUT / FOLD HERE

HOUSTON, TX 77069
5662 CYPRESS CREEK PARKWAY
BY SERVING PROCESS AGENT JEFFREY FULTZ
WEIR TRUCKING, INC
DC-15-04374/ CIT SC

RESTRICTED DELIVERY

Return Receipt (Electronic)

9256 9202 0991 1453 7500 0345 35

FELICIA PITRE DISTRICT CLERK
GEORGE L. ALLEN, SR. COURTS BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-6604

FELICIA PITRE DISTRICT CLERK
GEORGE L ALLEN SR COURTS BLDG
600 COMMERCE ST STE 103
DALLAS, TX 75202-4604

DC-15-04374/ CIT SC
WEIR TRUCKING, INC
BY SERVING PROCESS AGENT JEFFREY FULTZ
8652 CYPRESS CREEK PARKWAY
HOUSTON, TX 77069

RESTRICTED DELIVERY

NIXIE        773   SE   1009            7205/20/15

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC:  75202560428        *0234-04301-23-42

SHOW TO WHOM

CERTIFIED MAIL

RESTRICTED DELIVERY
DELIVER TO ADDRESSEE ONLY

UNITED STATES POSTAGE
$ 10.39°
02 1R
0002010651
MAILED FROM ZIP CODE 75202
APR 23 2015
PITNEY BOWES

OFFICER'S RETURN
FOR INDIVIDUALS

Cause No. DC-15-04374

Court No: 192nd District Court

Style: RICHARD JAWOROWSKI

vs.

CALVIN JAMES MCBRIDE, et al

Received this Citation the _____ day of _____, 20___ at _____ o'clock. Executed at _____ within the County of _____

State of _____, on the _____ day of _____, 20___ at _____ o'clock, by

delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original

petition, having first indorsed on same the date of delivery.

---000000---

OFFICER'S RETURN
FOR CORPORATIONS

Received this Citation the __26th__ day of __May__, 2015 at __11:30__ o'clock __a__. M. Executed at __Custom__ within the County of

__Dallas__ State of __Texas__ on the __29th__ day of __May__, 2015 at __7:02__ o'clock __a__. M. by summoning

the within named Corporation, __Calvin James McBride__ by delivering to __Chairman - President of the said Calvin James McBride__

by __such and named certified mail return receipt requested__ President - Vice President - Registered Agent - in person of the said

__signed on 5-29-15 was mailed via certified mail return receipt requested__

a true copy of this citation together with the accompanying copy of Plaintiff's original petition WAS MAILED UNITED STATES, having first indorsed on same the date of

delivery.

---000000---

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:

For Serving Citation   $ __76.00__

For Mileage            $ _____        Sheriff __signed by Ronald__ Gush

For Notary             $ _____        County of _____

Total Fees             $ _____        State of _____

                                        By _____

Signed and sworn to me by the said _____

_____ day of _____, 20___, to certify which witness my hand and seal of office

Date of _____

County of _____

(Must be verified if served outside the State of Texas)

before me this _____ day of _____, 20___, to certify which witness my hand.

Seal

State & County of _____

**FELICIA PITRE**
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

FILED
JUN 0 1 2015
FELICIA PITRE
DALLAS CO. TEXAS
DEPUTY

92.14-8901.0661-5400.0057.1431-81

FORM NO. 353-4—CITATION

THE STATE OF TEXAS

CERT/MAIL COH

CITATION

No.:DC-15-04374-K

RICHARD JAWOROWSKI
VS.
CALVIN MCBRIDE, ET AL

To:

CALVIN JAMES MCBRIDE
BY SERVING THE CHAIRMAN OF THE STATE HIGHWAY AND
PUBLIC TRANSPORTATION COMMISSION
125 E. 11TH STREET
AUSTIN, TX. 78701-2483

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with   the
Clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you
were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE
petition, a default judgment may be taken against you.

Your answer should be addressed to the clerk of the 192nd District Court
600 Commerce Street, Dallas, Texas 75202.

Said PLAINTIFF being RICHARD JAWOROWSKI

Filed in said Court 16th day of April, 2015 against
CALVIN JAMES MCBRIDE, ET AL

For suit, said suit being numbered DC-15-0437-K the nature of which demand is as follows:
Suit On MOTOR VEHICLE ACCIDENT etc.
                     , a copy of which accompanies this citation.  If this citation is not served, it shall be
as shown on said petition
returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.

Given under my hand and the seal of said Court at office on this the 26th day of May, 2015
ATTEST: FELICIA PITRE
Clerk of the District Courts of Dallas County, Texas

By _____, SPRINGE MCKINLEY

_____, Deputy

ISSUED

ON THIS THE 26TH DAY OF MAY, 2015

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By SPRINGE MCKINLEY, Deputy

Attorney for : Plaintiff
JOEL M. VECCHIO
THE LAW OFFICE OF JOEL M VECCHIO
PC
P.O. BOX 860826
DALLAS, TEXAS 75086-0826
972-380-4444

DALLAS COUNTY CONSTABLE
FEE PAID   FEES NOT PAID

**UNITED STATES POSTAL SERVICE**

Date: May 30, 2015

MAIL MAIL:

The following is in response to your May 30, 2015 request for delivery information on your Certified Mail™/RRE item number 92148901066154000059143181.  The delivery record shows that this item was delivered on May 29, 2015 at 7:02 am in AUSTIN, TX 78714. The scanned image of the recipient information is provided below.

Signature of Recipient :

RANDALL TOD

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

DC1504374-K SM DP
CALVIN JAMES MCBRIDE
BY SERVING THE CHAIRMAN OF THE STATE HIGHWAY AND
PUBLIC TRANSPORTATION COMMISSION
125 E 11TH ST
AUSTIN TX 78701-2483

**OFFICER'S RETURN**

Case No. : DC-15-04374

Court No.192nd District Court

Style: RICHARD JAWOROWSKI

vs.

CALVIN J. MCBRIDE, et al

Came to hand on the __26th__ day of __may__ 20 __15__ at __10:23__ o'clock __a__ .M. on the __4th__ day of __June__, 20 __15__, by delivering to the within named

_Attached Notes: Were Truching tires, Emailing "M Esperanza Sarwing_
_agents Attorney July, was mailed united States California mailed aluminum receipt_
_Emailed_ a true copy of this Citation together with the accompanying copy of this pleading WAS MAILED UNITED STATES CERTIFIED MAIL RETURN RECEIPT
each, of person, a true copy of this Citation together with the accompanying copy of this pleading WAS MAILED UNITED STATES CERTIFIED MAIL RETURN RECEIPT
REQUESTED, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To
certify which witness my hand.

For serving Citation    $ __76.00__

For mileage    $ _____

For Notary    $ _____

Signed and sworn to by the said _____
to certify which witness my hand and seal of office.

(Must be verified if served outside the State of Texas)

_Signed By: M Esperanza_

State of _____
County of _____

By _Esperanza Mckinly_ , Deputy

FELICIA PITRE
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

before me this

Notary Public _____

County _____

**FILED**
JUN 0 8 2015
FELICIA PITRE
DIST. CLERK DALLAS CO., TEXAS
_____ DEPUTY

9214-8901-0661-5400-0059-1438.08

**UNITED STATES
POSTAL SERVICE.**

Date: June 4, 2015

MAIL MAIL:

The following is in response to your June 4, 2015 request for delivery information on your
Certified Mail™/RRE item number 92148901066154000059143808.  The delivery record
shows that this item was delivered on June 4, 2015 at 10:23 am in HOUSTON, TX
77069. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal
representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the
United States Postal Service. It is solely for customer use.

DC1504374-K SM DP
WEIR TRUCKING, INC.
BY SERVING ITS AGENT, JEFFREY FULTZ
5652 CYPRESS CREEK PARKWAY
HOUSTON TX 77069-0000

FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:  WEIR TRUCKING, INC.
BY SERVING ITS PROCESS AGENT, JEFFREY FULTZ
5652 CYPRESS CREEK PARKWAY
HOUSTON, TEXAS 77069

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written
answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the
expiration of twenty  days after you were served this citation and **PLAINTIFF'S ORIGINAL
PETITION AND REQUEST FOR DISCLOSURE** petition, a default judgment may be taken against
you.  Your answer should be addressed to the
clerk of the **192nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD JAWOROWSKI**

Filed in said Court **16th day of April, 2015** against

**CALVIN JAMES MCBRIDE, ET AL**

For Suit, said suit being numbered **DC-15-04374-K**, the nature of which demand is as follows:
Suit on **MOTOR VEHICLE ACCIDENT** etc. as shown on said petition,
a copy of which accompanies this citation.  If this citation is not served, it shall be returned
unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 26th day of May, 2015.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By: SPRINGE MCKINLEY _____, Deputy



CERT/MAIL

# CITATION

## DC-15-04374-K

**RICHARD JAWOROWSKI**

vs.

**CALVIN JAMES MCBRIDE**, et al

ISSUED THIS
**26th day of May, 2015**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SPRINGE MCKINLEY, Deputy

**Attorney for Plaintiff**
JOEL M. VECCHIO
THE LAW OFFICE OF JOEL M.
VECCHIO PC
P.O. BOX 860826
DALLAS, TEXAS 75086-0826
972-380-4444

DALLAS COUNTY CONSTABLE

FEE
PAID    FEE NOT
PAID

FILED
DALLAS COUNTY
6/29/2015 4:01:34 PM
FELICIA PITRE
DISTRICT CLERK

NO. DC-15-04374

| | | |
|---|---|---|
| RICHARD JAWOROWSKI, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | 192nd JUDICIAL DISTRICT |
| | § | |
| CALVIN JAMES MCBRIDE AND | § | |
| WEIR TRUCKING, INC., | § | |
| | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Defendant, WEIR TRUCKING, INC., and files this, its Original Answer to Plaintiff's Original Petition, and respectfully shows the Court as follows:

## I.
## GENERAL DENIAL

1.    Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every allegation of Plaintiff's pleadings and demands that Plaintiff prove his allegations by a preponderance of the evidence.

## II.
## AFFIRMATIVE DEFENSES

2.    Pleading further, Defendant asserts that the Plaintiff's recovery, if any, is barred entirely, or should be reduced by the comparative responsibility of the Plaintiff and/or third parties.

EXHIBIT
m

3.      Further answering, if the same be necessary, Defendant contends that the allegations made the basis of the claims and alleged damages, if any, of Plaintiff were caused by acts and/or omissions of persons or third parties over whom this Defendant had no control, and for whom this Defendant is not in law responsible.  Such acts and/or omissions were the sole proximate cause or a proximate cause or a producing cause of the occurrence in question and the alleged damages, if any.

4.      Pleading further, Defendant asserts that the Plaintiff's alleged injuries and damages, if any, were not proximately caused by an act or omission of Defendant.

5.      Pleading further, Defendant asserts that the Plaintiff's claims are barred because Defendant's conduct is not the producing cause, proximate cause, or a cause-in-fact of Plaintiff's alleged damages.

6.      Pleading further, Defendant invokes §41.0105 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE and requests that to the extent Plaintiff seeks recovery of medical or healthcare expenses, the evidence to prove such loss be limited to the amount actually paid or incurred by or on behalf of the Plaintiff, as opposed to the amount charged.

7.      Pleading further, Defendant alleges that the percentage responsibilities of the Plaintiff, each Defendant, each settling person, and each Responsible Third Party should, be submitted to the jury for determination pursuant to the TEXAS CIVIL PRACTICE AND REMEDIES CODE.

8.      Pleading further, if the Defendant is found liable for damages, Defendant intends to seek a reduction in the percentage of Plaintiff's injuries and damages attributed to third parties.

9.    Pleading further, Defendant asserts that pre-judgment interest, if any, as requested in the Plaintiff's Original Petition, is limited in accordance with §304.104 *et seq.* of the TEXAS FINANCE CODE.

10.    Defendant asserts Plaintiff's damages sought were caused by Plaintiff's pre-existing injury and/or condition and Plaintiff's subsequent accidents and injuries.

11.    Pleading further, and in the alternative, if such is necessary, and subject to the foregoing pleas and without waiving same, Plaintiff has failed to mitigate his damages because the Plaintiff and/or his attorneys paid or agreed to pay medical expenses incurred by the Plaintiff through a "Letter of Protection" and/or a contractual agreement tied to the outcome of this suit and failed to make challenges to the reasonableness of any of those charges or negotiate a reduced rate from the healthcare providers.  Such steps would have been done by any reasonable third-party payor under these circumstances, and the Plaintiff has instead paid and/or agreed to pay full charges for any and all medical services rendered in an effort to enhance the recovery of medical and healthcare expenses under Texas Civil Practice and Remedies Code Section 41.0105. Therefore, Plaintiff has increased his damages rather than take the reasonable steps to ensure the reasonableness and necessity of the charges incurred and mitigate his economic damages.

# PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant, Weir Trucking, Inc., prays that upon the final trial hereof Plaintiff takes nothing against Defendant.  Further, Defendant asks the Court to enter Judgment that Plaintiff takes nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff, and award Defendant all other relief to which it is entitled.  Further, Defendant prays as alleged hereinabove that,

in the unlikely event that any recovery by Plaintiff against it herein, which is denied, Defendant be allowed full benefit of all laws of Texas limiting damages as well any prohibitions and/or limitations allowed under the Texas Constitution in the event Plaintiff seeks exemplary damages.   Defendant also prays for such other and further relief to which he is justly entitled at law and in equity.

Respectfully Submitted,

THE BASSETT FIRM

**MIKE H. BASSETT**
SBN: 01890500
**MATHEW SAMUEL**
SBN:  24025631
Two Turtle Creek Village
3838 Oak Lawn Avenue, Suite 1300
Dallas, Texas 75219
(214) 219-9900 Telephone
(214) 219-9456 Facsimile
efile@thebassettfirm.com

**ATTORNEYS FOR DEFENDANT,
WEIR TRUCKING, INC.**

# CERTIFICATE OF SERVICE

I certify that a true copy of this document was forwarded to the following counsel of record on this 29th day of June, 2015, pursuant to the Texas Rules of Civil Procedure:

*Via eFile Texas eServe*
Joel M. Vecchio
Law Office of Joel M. Vecchio, P.C.
P.O. Box 860826
Plano, Texas 75086-0826
joel@vecchio-law.com

**MIKE H. BASSETT**